

IN THE
TENTH COURT OF APPEALS

No. 10-15-00008-CR

**HAROLD BAREFIELD,**

Appellant

v.

**THE STATE OF TEXAS,**

Appellee

**From the County Court at Law
Navarro County, Texas
Trial Court No. C-35172-CR**

**ORDER**

Harold Barefield's Motion for Rehearing is denied.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion denied
Order issued and filed August 27, 2015

